UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiffs,

v.

LANWAY CONSTRUCTION CO. INC.,

    Defendant.
_____/

No. C 13-3202 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment, filed on May 2, 2014.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated: May 5, 2014

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

cc: Wings, Assigned M/J, counsel of record