UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, | No. C-13-03202 PJH (DMR) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| LANWAY CONSTRUCTION CO INC, | |
| Defendant(s). | |

Plaintiffs' motion for default judgment is set for a hearing on June 26, 2014. On May 14, 2014, the court ordered Plaintiffs to submit supplemental briefing in support of their motion by no later than May 26, 2014. [Docket No. 30.] Plaintiffs have not filed the supplemental briefing. Plaintiffs are ordered to respond by **June 4, 2014** and show cause why the undersigned should not recommend that Plaintiffs' motion for default judgment be denied.

IT IS SO ORDERED.

Dated: May 28, 2014

_____
DONNA M. RYU
United States Magistrate Judge